IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAN M. LINER,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, SCOTT R. FRAKES, Director, Nebraska Correctional Services; and MICHELL CAPPS, Warden, Nebraska State Penitentiary;<br><br>    Respondents. | 8:19CV486<br><br>**ORDER** |

  IT IS ORDERED that Respondents' Motion for Extension of Time (Filing no. 7) is granted. Respondents' motion for summary judgment or state court records in support of an answer shall be filed on or before March 2, 2020.

  Dated this 28th day of January, 2020.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge